UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

FILED
U.S. DIST COURT
MIDDLE DIST OF LA

2007 MAY 31  P 2: 58

SIGN
BY DEPUTY CLERK

HAYWARD BEESON

VERSUS

JO ANNE B. BARNHART, COMMISSIONER
OF SOCIAL SECURITY

CIVIL ACTION

NO. 06-203-A

## RULING

The court, having carefully considered the motion, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Christine Noland dated March 19, 2007 (doc. 14), to which no objection has been filed, hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, the Administrative Law Judge's decision is hereby affirmed, dismissing plaintiff's appeal, with prejudice. Judgment shall be entered accordingly.

Baton Rouge, Louisiana, May 31, 2007.

_____
JOHN V. PARKER, JUDGE
MIDDLE DISTRICT OF LOUISIANA